# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2179

_____

AMOS TAMBUNGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

March 27, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amos Tambunga, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.